# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Thompson v. The City of New York  **Docket No.:** 23-900

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Amir H. Ali

**Firm:** Roderick & Solange MacArthur Justice Center

**Address:** 501 H St. NE, Suite 275, Washington, DC 20002

**Telephone:** (202) 869-3434    **Fax:** (202) 869-3435

**E-mail:** amir.ali@macarthurjustice.org

**Appearance for:** Larry Thompson/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David Zelman/Law Office of David Zelman )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 11, 2023   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Amir H. Ali

**Type or Print Name:** Amir H. Ali